# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JIMMY GONZALES,

               Petitioner,

        v.

JEFF MACOMBER,

               Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. LA CV 15-00985-VBF (JEM)

**J U D G M E N T**

     In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  November 24, 2015

                       *Valerie Baker Fairbank*
                     _____

                     VALERIE BAKER FAIRBANK
                   UNITED STATES DISTRICT JUDGE